CANDEE, SMITH & HOWLAND COMPANY, Respondent, *v.* THE CITY OF NEW YORK, Defendant, and JAMES D. MURPHY COMPANY et al., Appellants.

(Submitted May 15, 1911; decided May 19, 1911.)

Motion for re-argument denied, with ten dollars costs. (See 202 N. Y. 527.)

---

FRANK WILLIAMS, Respondent, *v.* CITIZENS' STEAMBOAT COMPANY OF TROY, Appellant.

*Williams* v. *Citizens' Steamboat Co.*, 134 App. Div. 991, affirmed. (Argued May 8, 1911; decided May 30, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 11, 1909, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Murray Downs* for appellant.

*Andrew J. Nellis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ. Absent: HISCOCK, J.